# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MIGUEL SUAREZ-PEREZ, ) <br> ) <br> Defendant. ) | 8:04CR278 <br><br> **SCHEDULING ORDER** |

    IT IS ORDERED that the following is set for hearing on **June 8, 2005** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - Motion to Dismiss on Speedy Trial Grounds [47]

    Since this is a criminal case, the defendant must be present, unless excused by the Court. An interpreter will be provided by the Court.

    DATED this 11th day of May, 2005.

                                      BY THE COURT:

                                      s/ F.A. Gossett <br>
                                      United States Magistrate Judge