IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR380 |
| | ) | |
| v. | ) | |
| | ) | |
| JAVIER SUAREZ-PEREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

In accordance with the Memorandum and Order entered this date,

**IT IS ORDERED:**

1. The above-entitled case is scheduled for a jury trial before the Honorable Laurie Smith Camp, District Court Judge, to begin **Tuesday, November 1, 2005 at 9:00 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendant must be present in person. Counsel will receive more specific information regarding the order of trial from Judge Smith Camp's courtroom deputy, Edward Champion.

2. Any further motions to continue trial will be viewed with disfavor. Any further motion to continue submitted by the defense shall fully comply with NECrimR 12.1 and shall be accompanied by a speedy trial waiver signed by the Defendant, together with and defense counsel's affidavit that the waiver has been read by and explained to the Defendant in his native language through a qualified interpreter.

3. Counsel for the United States shall confer with defense counsel and electronically file a status report no later than **October 18, 2005** advising the court of the anticipated length of trial.

**DATED August 19, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**