## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR278** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MIGUEL SUAREZ-PEREZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on its own motion.

IT IS ORDERED that the Order on Sentencing Schedule (Filing No. 64) is withdrawn pending resolution of matters relating to the Defendant's change of plea.

DATED this 7th day of December, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge